# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY COWAN,<br><br>           Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART, Commissioner<br>of Social Security,<br><br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1:05cv0111 AWI DLB

ORDER GRANTING PLAINTIFF'S MOTION
TO VOLUNTARILY DISMISS ACTION

(Document 14)

      Plaintiff filed her complaint for review of the final decision of the Commissioner of

Social Security on January 25, 2005.  On September 19, 2005, Plaintiff moved to voluntarily

dismiss the action without prejudice.  Defendant did not file an opposition.

      Accordingly, GOOD CAUSE APPEARING, the action is dismissed without prejudice.


IT IS SO ORDERED.

**Dated:**   **November 29, 2005**           **/s/ Anthony W. Ishii**
0m8i78                    UNITED STATES DISTRICT JUDGE